# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE LUSTER,<br> *Plaintiff*,<br>vs.<br>DWIGHT NEVEN, *et al.*<br> *Defendants*. | 2:10-cv-01661-GMN-PAL<br><br>ORDER |

  Plaintiff's motion (#14) for an enlargement of time is **GRANTED**, such that plaintiff shall have up to and including April 11, 2011, within which to mail an amended complaint to the Clerk for filing.

  DATED this 30th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge