# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE LUSTER,

    *Plaintiff*,

vs.

DWIGHT NEVEN, *et al.*

    *Defendants*.

2:10-cv-01661-GMN-PAL

ORDER

    This removed *pro se* prisoner civil rights action comes before the Court on plaintiff's third motion (#16) for enlargement of time, in which he seeks an additional fourteen days to file an amended complaint.

    Petitioner maintains that he needs additional time because: (a) he allegedly had to prepare a motion to reopen the habeas matter in No. 2:04-cv-00334-RLH-RJJ, "totaling 77 pages with exhibits," after receiving the state supreme court's order of affirmance on March 30, 2011; and (b) prison authorities allegedly have impeded his access to the law library.

    Plaintiff is represented by appointed federal habeas counsel in No. 2:04-cv-00334. The Court therefore ordered that his *pro se* motion to reopen be stricken from that record. The Court further admonished plaintiff that if he continued to file papers *pro se* therein that sanctions, including potentially dismissal, may be imposed. The Court additionally noted that there was no valid reason for plaintiff to file the motion *pro se* rather than proceeding through counsel because the deadline for filing the motion to reopen did not expire until May 27, 2011, forty-five days after the issuance of the remittitur.

1   Plaintiff thus has had ample time and opportunity to file an amended complaint herein.
2  Any alleged interference with his law library access clearly has not caused him to be unable
3  to file an amended complaint herein, as he was able to file "77 pages with exhibits" in the
4  other action despite there being absolutely no need to do so.  Put simply, if plaintiff had been
5  doing what he was supposed to be doing rather than what he was not, there would be no
6  need to request a further extension in this case.

7   The Court nonetheless will grant this, final, extension request.  No further extension
8  requests will be entertained.  If plaintiff fails to meet the deadline, the Court then will proceed
9  to appropriate action as to the pendent state law claims that remain.

10   IT THEREFORE IS ORDERED that plaintiff's motion (#16) for an enlargement of time
11  is GRANTED, such that plaintiff shall have up to and including **April 25, 2011**, within which
12  to mail an amended complaint to the Clerk for filing.  **No further requests for extension of
13  time will be entertained.  THIS IS THE FINAL EXTENSION OF THE DEADLINE.**
14   DATED this 22nd day of April, 2011.

_____
Gloria M. Navarro
United States District Judge