# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE LUSTER,<br>　　*Plaintiff*,<br>vs.<br>DWIGHT NEVEN, *et al.*<br>　　*Defendants*. | 2:10-cv-01661-GMN-PAL<br><br>ORDER |

　　In this removed *pro se* prisoner action, the Court dismissed plaintiff's federal claims with leave to amend. Plaintiff thereafter did not timely submit an amended complaint asserting viable federal claims. Following upon the dismissal of all federal claims over which the district court had original jurisdiction, the Court finds that the interests of judicial economy, convenience, fairness and comity would be best served in this case by remanding plaintiff's remaining state law claims. The Court accordingly exercises its discretion pursuant to 28 U.S.C. § 1367(c)(3) to decline to exercise supplemental jurisdiction over the state law claims and remands the matter.

　　IT THEREFORE IS ORDERED that this action shall be REMANDED to the Eighth Judicial District Court, State of Nevada, Clark County, thereby closing the federal action.

　　DATED this 10th day of May, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Gloria M. Navarro
　　　　　　　　　　　　　　　　United States District Judge